# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00123-CV

**In re Candi Cooper**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Mandamus relief is not available when the relator has an adequate remedy on appeal. *See In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 135-36 (Tex. 2004). Because a final judgment has been entered and signed in the underlying suit, relator Candi Cooper has a remedy by direct appeal. *See* Tex. Fam. Code Ann. § 109.002 (West 2008). As a result, the petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a)

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Filed: March 9, 2011